IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-97-3H

| UNITED STATES OF AMERICA | : |
| --- | --- |
| v. | : |
| GARRON MCMILLIAN | : |

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a guilty plea entered into by the defendant on January 8, 2018, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in knowing violations of 18 U.S.C. §§ 922(g)(1) and 924, to wit:

(a) Glock, model 32, .357 caliber semi-automatic pistol, serial number ZXZ2122;

(b) Cobra, model CA389, .380 caliber semi-automatic pistol, serial number CPO29778;

(c) Glock, model 23, .40 caliber pistol, serial number STX649;

(d) Springfield, model XD45 ACP, .45 caliber, semi-automatic pistol, serial number US738690; and

(e) Any and all accompanying ammunition.

1

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant GARRON MCMILLIAN, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 17th day of April, 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge