IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-00097-3H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER ALLOWING ENTRY** |
| | ) | **OF AMENDED ORDER** |
| GARRON MCMILLIAN | ) | **OF FORFEITURE** |

Upon motion by the Government for entry of Amended Order of Forfeiture, it is hereby

ORDERED that entry of an Amended Order of Forfeiture is allowed and that the Clerk of Court is directed to enter the Amended Order of Forfeiture provided by the Government.

SO ORDERED this 23 day of October, 2018.

MALCOLM J. HOWARD
Senior United States District Judge