IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-00097-3H

UNITED STATES OF AMERICA          :

v.                                :

GARRON MCMILLIAN                  :

## AMENDED ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, James Spencer Bell, on January 8, 2018, to a violation of 18 U.S.C. §§ 922(g)(1), 924, and 2, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit:

a) Glock, model 32, .357 caliber semi-automatic pistol bearing serial number ZXZ122;

b) Glock GMBH, model 23, .40 caliber pistol bearing serial number STX649;

c) Springfield, HS Products, model XD45 ACP, .45 caliber pistol bearing serial number US738690; and

d) any and all accompanying ammunition.

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

1

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the guilty plea entered by the defendant, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 2.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Amended Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 23rd day of Aug, 2018.

MALCOLM J. HOWARD
Senior United States District Judge